| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kenney, Sr., Chad F. | 2. Court or Organization<br><br>U.S. District Court - Eastern District of Pennsylvania | 3. Date of Report<br><br>07/29/2019 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Article III - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Judge | Court of Common Pleas, Commonwealth of Pennsylvania (retired 10/31/18) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2003 | Commonwealth of Pennsylvania (defined benefit pension plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney, Sr., Chad F. | 07/29/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Commonwealth of Pennsylvania (salary) | $163,594.00 |
| 2. 2018 | Commonwealth of Pennsylvania (pension) | $12,699.62 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney, Sr., Chad F. | 07/29/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education, Federal Loan Servicing | Student Loans | M |
| 2. | TD Bank | Line of Credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney, Sr., Chad F. | 07/29/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citizen's Bank (cash) | A | Interest | K | T | | | | | |
| 2. Fidelity 500 Index Premium (FUSVX) | A | Dividend | J | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) (CASH EQUIV) | A | Dividend | M | T | Open | 12/17/18 | N | | |
| 5. ALPHABET INC CAP STK CL A (GOOGL) | | None | J | T | Buy | 12/24/18 | J | | |
| 6. AMGEN INC (AMGN) | | None | J | T | Buy | 12/24/18 | J | | |
| 7. APPLE INC (AAPL) | | None | J | T | Buy | 12/24/18 | J | | |
| 8. BECTON DICKINSON CO (BDX) | | None | J | T | Buy | 12/24/18 | J | | |
| 9. BERKSHIRE HATHAWAY INC DEL CL B NEW (BRKB) | | None | J | T | Buy | 12/24/18 | J | | |
| 10. BEST BUY INC (BBY) | | None | J | T | Buy | 12/24/18 | J | | |
| 11. BOEING CO (BA) | | None | J | T | Buy | 12/24/18 | J | | |
| 12. BROADRIDGE FINANCIAL SOLUTIONS LLC (BR) | | None | J | T | Buy | 12/24/18 | J | | |
| 13. CISCO SYS INC COM (CSCO) | | None | J | T | Buy | 12/24/18 | J | | |
| 14. CUMMINS INC (CMI) | | None | J | T | Buy | 12/24/18 | J | | |
| 15. DANAHER CORP COM (DHR) | | None | J | T | Buy | 12/24/18 | J | | |
| 16. DISCOVER FINL SVCS (DFS) | | None | J | T | Buy | 12/24/18 | J | | |
| 17. DOLLAR TREE INC COM (DLTR) | | None | J | T | Buy | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EOG RESOURCES INC (EOG) | | None | J | T | Buy | 12/24/18 | J | | |
| 19. ECOLAB INC (ECL) | | None | J | T | Buy | 12/24/18 | J | | |
| 20. EXXON MOBIL CORP (XOM) | | None | J | T | Buy | 12/24/18 | J | | |
| 21. FORTIVE CORP COM (FTV) | | None | J | T | Buy | 12/24/18 | J | | |
| 22. NEXTERA ENERGY INC COM (NEE) | | None | J | T | Buy | 12/24/18 | J | | |
| 23. NORTHERN TR CORP (NTRS) | | None | J | T | Buy | 12/24/18 | J | | |
| 24. NUTRIEN LTD COM (NTR) | | None | J | T | Buy | 12/24/18 | J | | |
| 25. S&P GLOBAL INC COM (SPGI) | | None | J | T | Buy | 12/24/18 | J | | |
| 26. SCHLUMBERGER LIMITED COM (SLB) | | None | J | T | Buy | 12/24/18 | J | | |
| 27. ULTA BEAUTY INC COM (ULTA) | | None | J | T | Buy | 12/24/18 | J | | |
| 28. WALMART INC COM (WMT) | | None | J | T | Buy | 12/24/18 | J | | |
| 29. TANGER FACTORY OUTLET CTRS INC (SKT) | | None | J | T | Buy | 12/24/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney, Sr., Chad F. | 07/29/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 1 and 2 of the nomination report are not reportable in this cycle; there are not corresponding reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney, Sr., Chad F. | 07/29/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chad F. Kenney, Sr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544